## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DELIEAH SCOTT**<br>6905 Briarcliff<br>Clinton, MD 20735<br><br>**Plaintiff**<br>v.<br><br>**JOHN E. POTTER, et al.,**<br>Postmaster General<br>475 L'Enfant Plaza, SW<br>Washington, D.C. 20260<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Civil Action No. 06-1646 (RMU)**<br>)   **(ECF)**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October, 2006, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Allan Sosslau**, via the Court's Electronic Case Filing system.

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851