UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Delieah Scott<br>6905 Briarcliff<br>Clinton, MD 20735 | : <br> : <br> : |
| Plaintiff,<br>v. | : Civil Action **06CV3003**<br>: File Number<br>: |
| THE UNITED STATES OF AMERICA<br>**Please Serve**:<br>ALBERTO GONZALAS,<br>Attorney General of<br>the United States<br>10th and Constitution Ave, NW<br>Washington, D.C. 20530 | : <br> : <br> : <br> : <br> : <br> : |
| **Please Serve**:<br>KENNETH WAINSTEIN,<br>United States Attorney for<br>the District of Columbia<br>Suite 5806<br>555 4th Street, NW<br>Washington, D.C. 20001 | : <br> : <br> : <br> : <br> : <br> : <br> : |
| and<br>UNITED STATES POSTAL SERVICE<br>**Please Serve**:<br>JOHN E. POTTER,<br>Postmaster General of<br>the United States<br>475 L'Enfant Plaza, SW<br>Washington, D.C. 20260 | : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

### COMPLAINT

COMES NOW the Plaintiff, Delieah Scott, by and through counsel, Allan Sosslau, P.A. and William L. Kohler, Jr., and, for a cause of action states as follows:

### COUNT I

1. This action is brought under the Federal Tort Claims Act, 28 U.S.C. § 2671 et. seq. for damages and injuries caused by the negligence of a U.S. Post Office employee.

2. At approximately 2:40 p.m. on April 26, 2004 on Briarcliff Road in Clinton Maryland Mr. Grundy was backing his car into a driveway with the Plaintiff, Delieah Scott as a passenger.

3. That as Mr. Grundy was backing up and established in his lane, a U.S. Post Office vehicle operated in the scope of his employment by William Sterling, a U.S. Postal Service employee, ran into the back of the vehicle the Plaintiff occupied.

4. That said William Sterling, owed a duty to the motoring public and the Plaintiff in particular, to keep a proper lookout; to maintain a safe distance from other vehicles; to slow his vehicle to avoid a collision; to yield the right of way to vehicles on the roadway ahead of him; and, to otherwise drive in a reasonable manner.

5. That William Sterling, breached that duty by failing to keep a proper lookout by failing to yield the right of way; by driving too fast for conditions; and, by otherwise negligently and carelessly driving a U.S. Post Office truck into the side of the vehicle which the Plaintiff was a passenger in.

6. That the Defendants, the United States of America and the United States Postal Service are responsible for the negligence of its employee under the doctrine of respondeat superior.

7. That as a direct and proximate result of the negligence and carelessness of William Sterling, as aforesaid, the Plaintiff was caused to suffer painful, permanent and disabling injuries in and about her head, neck, body and limbs, which rendered her

sick, sore, lame and distressed. She has and will in the future suffer great physical pain and mental anguish; she has and will in the future be required to expend large sums of money for medical care, treatment and related items; she has and will in the future lose substantial time from her place of employment; she has and will in the future be unable to pursue her usual and normal activities; and she was otherwise injured and damaged.

Wherefore, the Plaintiff demands judgment against the Defendants in the amount of four hundred fifty thousand dollars ($450,000.00), plus interests and costs.

### JURY DEMAND

The Plaintiff request a jury to determine all issues contained herein.

Respectfully submitted,

ALLAN SOSSLAU, P.A.

by, _____
Allan Sosslau
Bar # 02198
7307-B Hanover Parkway
Greenbelt, MD 20770
(301) 982-3100

AS/wlk/tla
compl.

3